# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**DON ANDERSON, individually**
**and on Behalf of Others**
**Similarly Situated**                                                 **PLAINTIFF**

**V.**                                   **1:12CV00028 JMM**

**BANK OF SALEM**                                                 **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Joint Motion to Dismiss (Docket # 8), the Court finds that this case should be dismissed. The Complaint and all claims in this action are hereby dismissed with prejudice as to all parties. The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE